UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

YING YU LIU, YUE HE WU, NING LIU, LE ZHEN JIANG, HONG CHEN, XIE HUI WU, SHUN LING TANG, MENG XIANG LIN, WU LIN, and ZI QIN GUO,

                              Plaintiff,

        -against-                                                 19 **CIVIL** 410 (PGG)

                                                                        **JUDGMENT**

CHAD WOLF, Acting Secretary of Department of Homeland Security, L. KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, and PATRICIA MENGES, Director, U.S. Citizenship and Immigration Services, New York Asylum Office,

                              Defendants.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 30, 2020, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          May 30, 2020

                                                                     **RUBY J. KRAJICK**
                                                                     _____
                                                                       Clerk of Court
                                                **BY:**
                                                                     _____
                                                                       Deputy Clerk